CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 28 2009
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN CLETIS DOLLY,<br>    Plaintiff, | ) )<br>) | Civil Action No. 7:09-cv-00305 |
| v. | ) )<br>) | **ORDER** |
| NORTHWESTERN REGIONAL<br>    ADULT DETENTION CENTER,<br>    Defendant. | )<br>)<br>)<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 28th day of July, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge